DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LARRY PEAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D12-2681

[January 7, 2015]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard Oftedal, Judge; L.T. Case No. 2010CF012226AMB.

David S. Molansky of David S. Molansky Attorney at Law, Miami, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Jeanine Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Garrett v. State*, 148 So. 3d 466, 472 (Fla. 1st DCA 2014) (finding there was no fundamental error in giving instructions on a duty to retreat because "[t]here was ample evidence presented for the jury to find that from the beginning of the incident, [the defendant] did not have a reasonable belief that deadly force was necessary to prevent an imminent threat against him, especially after [the victim] dropped his rifle and [the defendant] continued to shoot").

STEVENSON, FORST and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***